Local Form 4001-3-1

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE: ERIC M. GENTRY
      TARA LYNN GENTRY                           CASE NO. 20-50259
      DEBTORS

## MOTION TO INCUR ADDITIONAL DEBT
## FOR PURCHASE OF VEHICLE

The Debtor(s) hereby apply to the Court for approval of additional debt that is not affected by the chapter 13 discharge. The additional debt will be repaid by direct installment payments to the lender that are not administered by the chapter 13 trustee. The debtor(s) assert that they will be able to make the payments on the new debt and maintain payments under the plan.

DESCRIPTION OF VEHICLE TO BE PURCHASED (YEAR, MAKE/MODEL, NEW/USED): used

PURCHASE PRICE: ($$$) or (not to exceed $)   $17,987.00

DOWN PAYMENT (AND/OR TRADE IN VALUE):  $500.00

DESCRIPTION OF TRADE-IN (if applicable): 2016 Ford Fusion owned by family member Doris Spiller

TOTAL AMOUNT OF NEW DEBT:  $21,093.00

MONTHLY INSTALLMENT: ($$$) or (not to exceed $)  $506.42

INTEREST RATE: (_%) or (not to exceed _%)  19.55%

TERM (DURATION) OF LOAN: (# of months) or (not to exceed # months)  72 months

REASON FOR TRADE-IN OR PURCHASE AND IF PURCHASE PRICE IS MORE THAN $20,000, EXPLAIN WHY:   transmission out on trade

Tendered by:

/s/ Ryan Atkinson
RYAN ATKINSON
KY BAR ID: 86501
Atkinson, Simms & Kermode, PLLC
1608 Harrodsburg Road
Lexington, KY 40504
859-225-1745
859-254-2012
rra@ask-law.com

## NOTICE AND OPPORTUNITY TO OBJECT

Parties in interest shall have fourteen (14) days from the date of filing to object or the Court may enter the Order without further notice or opportunity to object.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the Trustee and creditors by mail or electronically via the Court's ECF System on September 7, 2023.

/s/ Ryan Atkinson
ATTORNEY FOR DEBTORS