**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Douglas L. Lutz**

IN RE:  CASE NUMBER 20-50259

Eric M. Gentry and Tara Lynn Gentry

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 05/02/2024  TIME: 09:30

ISSUE:

| | | |
|---|---|---|
| 70 | 04/12/2024 | Motion to Reinstate the Automatic Stay, filed by Eric M. Gentry, Tara Lynn Gentry. Hearing scheduled for 5/2/2024 at 09:30 AM at Lexington Courtroom, Ch. 13. (Attachments: # 1 Proposed Order) (Atkinson, Ryan) |

DISPOSITION:

Cont

JUDGE'S NOTES:

AO 5/10

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Douglas L. Lutz*
**Bankruptcy Judge**
**Dated: Thursday, May 2, 2024**
(sms)